IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAELON HILL-JOHNSON,

    Defendant.

Criminal No. 17-0226
ELECTRONICALLY FILED

**ORDER OF COURT**

Before the Court is a Pro Se Motion filed by Defendant. ECF 128. In this Motion, Defendant requests that any previously filed, *pro se* Motion, which was subsequently placed under seal, be unsealed. Id. Defendant contends that unsealing any motion he previously filed will protect him from "risk of serious harm" while incarcerated. Id.

The Court's review of this docket indicates that there is only one document that Defendant filed *pro se* – it was a letter to this Court (ECF 98) – which was subjected to sealing. Defendant's letter to the Court (ECF 98) identified another inmate by name. The Government noted that Defendant had made such an identification, and filed a Motion for Leave to File a Motion under Seal (ECF 99), which the Court granted (ECF 100). In its sealed Motion (ECF 101), the Government explained why Defendant's letter (ECF 98) needed to be placed under seal. The Court entered an Order (ECF 102) denying the Government's Motion to Seal Defendant's letter filed at ECF 98, but agreed to allow the Government to substitute a redacted version of the letter to remove the identity of the inmate named by Defendant. Thus, ECF 98 remains open to the public albeit in its redacted form.

1

Because there is no Motion filed by Defendant that has been placed under seal, Defendant's Motion (ECF 128) is DENIED AS MOOT.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record
and
Daelon Hill-Johnson
180163
Allegheny County Jail
250 Second Ave.
Pittsburgh, PA 15219